UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


In re:                        :

     JOSE I
     LUCAS
                              :

Debtor                        : Bankruptcy No. 0220326

                    * * * * * * *

                         HEARING TO BE HELD:
                         Date:   05/13/04
                         Time:   9:00 a.m.
                         Place:  United States
                                 Bankruptcy Court
                                 Courtroom #1, 3rdFloor
                                 The Madison
                                 400 Washington Street
                                 Reading, PA 19601

               * * * * * * *

  NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     Frederick L. Reigle, Esq., Trustee, has filed
Trustee's Motion to Dismiss Pursuant to Section 1307 with
the Court for dismissal of this case.

     YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE
PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY,
IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT
HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.  If you do not want the Court to grant the relief
sought in the motion or if you want the Court to
consider your views on the motion, then on or before
May 1, 2004 you or your attorney must do ALL of the
following:

         (a)  file an answer explaining your position at

              U. S. Bankruptcy Court
              Clerk's Office
              The Madison, Suite 300
              400 Washington Street
              Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

        Frederick L. Reigle, Esq.,
        Standing Chapter 13 Trustee
        P. O. Box 4010
        Reading, Pennsylvania  19606
        Phone No.:  (610) 779-1313
        Fax No.:    (610) 779-3637

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Thomas M. Twardowski, United States Bankruptcy Judge, on Thursday,  05/13/04, at 9:00 a.m. in Courtroom #1, United States Bankruptcy Court, The Madison, Third Floor, Washington Street, Reading, PA 19601.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610)320-5255 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  April 16, 2004.